**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-1279

KIMBERLY A. HOLLAND,

Plaintiff - Appellant,

v.

TRANSAMERICA LIFE INSURANCE COMPANY,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Peter J. Messitte, Senior District Judge. (8:23-cv-02507-PJM)

Submitted: August 22, 2024                    Decided: August 26, 2024

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kimberly A. Holland, Appellant Pro Se. Geoffrey M. Gamble, SAUL EWING LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly A. Holland appeals the district court's order dismissing her complaint in which she alleged claims for breach of contract and unjust enrichment based on the denial of her claim for benefits under an insurance policy following her mother's death as barred by the statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Holland v. Transamerica Life Ins. Co.*, No. 8:23-cv-02507-PJM (D. Md. Mar. 12, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*